

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-07-00079-CR
_____

MARC RUSSELL HICKEY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 188th Judicial District Court
Gregg County, Texas
Trial Court No. 35,438-A

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

In this appeal, Marc Russell Hickey appeals his conviction for aggravated assault against a public servant. *See* TEX. PENAL CODE ANN. § 22.02(b) (Vernon Supp. 2007). Hickey was sentenced to forty-five years' imprisonment on this conviction. This sentence runs concurrently with other sentences in companion cases in which Hickey has appealed his convictions of evading detention (cause number 06-07-00077-CR) and aggravated assault and failure to stop and render aid (cause number 06-07-00078-CR).

Because the issues raised in each appeal are identical, for the reasons stated in our opinion issued this day in *Hickey v. State*, cause number 06-07-00077-CR, we affirm the judgment of the trial court.

Bailey C. Moseley
Justice

Date Submitted: January 23, 2008
Date Decided: January 24, 2008

Do Not Publish